**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                            Case Number:

Iris Taylor
v.
Officer John Doe, John Soe, John Roe, John Poe and the City of Chicago, A Municipal Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Iris Taylor

```
FILED
MAY 9, 2008                YM
08CV2717
JUDGE COAR
MAGISTRATE JUDGE BROWN
```

| | |
|---|---|
| NAME (Type or print) Angela Lockett | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Angela Lockett | |
| FIRM The Law Office of Standish E. Willis | |
| STREET ADDRESS 407 South Dearborn Street, Suite 1395 | |
| CITY/STATE/ZIP Chicago, Illinois 60605 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6284534 | TELEPHONE NUMBER 312-554-0005 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |