IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRIS TAYLOR, | ) | |
|     Plaintiff, | ) | **No. 08 C 2717** |
| v. | ) | |
| | ) | JUDGE COAR |
| OFFICERS JOHN DOE, JOHN SOE, JOHN ROE, JOHN POE AND THE CITY OF CHICAGO, A MUNICIPAL CORPORATION, | ) ) ) | Magistrate Judge Brown |
| | ) | |
|     Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S
MOTION FOR SUBSTITUTION OF COUNSEL**

Defendant City of Chicago ("City"), by its attorney Mara S. Georges, respectfully moves this Court for leave to allow substitution of counsel of record for the City, pursuant to Northern District of Illinois Local Rule 83.17.  In support of this motion, the City states:

1.  Assistant Corporation Counsel Rita C. Moran currently has an appearance on file on behalf of the City in the above-captioned case.

2.  Assistant Corporation Counsel Kathleen D. Manion seeks to file her appearance in this matter on behalf of the City.  A copy of Ms. Manion's appearance is attached as Exhibit A to this motion.

3.  The City respectfully requests leave to substitute Kathleen D. Manion in place of Rita C. Moran as counsel of record for the City.

4.  This motion does not affect the schedule for this case in any way, and is not being made for the purpose of delay or for any other improper purpose.

**WHEREFORE**, the City respectfully requests that the Court grant its motion for leave for substitution of counsel of record for the City of Chicago pursuant to Northern District of

Illinois Local Rule 83.17.

                                    Respectfully submitted,

                                    MARA S. GEORGES
                                    Corporation Counsel of
                                    the City of Chicago

                                    <u>/s/ Kathleen D. Manion</u>
                                    Kathleen D. Manion

Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-9866
Attorney No. 6286785