IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRIS TAYLOR, | ) | |
| Plaintiff, | ) | **No. 08 C 2717** |
| v. | ) | |
| | ) | JUDGE COAR |
| OFFICERS JOHN DOE, JOHN SOE, JOHN ROE, JOHN POE AND THE CITY OF CHICAGO, A MUNICIPAL CORPORATION, | ) ) ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on this 3rd day of September 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **DEFENDANT CITY OF CHICAGO'S MOTION FOR SUBSTITUTION OF COUNSEL**, a copy of which is herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Coar, or before such other judge sitting in his place, on the 8th day of September 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

          MARA S. GEORGES,
          CORPORATION COUNSEL
          CITY OF CHICAGO

By:   */s/ Kathleen D. Manion*
       KATHLEEN D. MANION
       Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 742-9866 Office
Attorney No. 6286785