## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2717 | **DATE** | 9/8/2008 |
| **CASE TITLE** | Iris Taylor vs. Officers John Doe, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 9/8/2008 regarding # 9. Defendant City of Chicago's Motion [9] for Substitution of Counsel is Granted. Leave granted Rita C. Moran to withdraw appearance on behalf of the City of Chicago. Leave granted Kathleen D. Manion to file and substitute appearance on behalf of the defendant City of Chicago.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|